IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONALD GILLEY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **08-688-JPG** |
| | ) |
| **LTMX ENTERPRISES, INC., et al.**, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**PROUD, Magistrate Judge:**

Defendants LTMX Enterprises and Jean L. Ramsey are before the Court seeking to suspend or modify the discovery period, allowing them to receive ruling on their pending motion for summary judgment before completing depositions. **(Doc. 44).**

The Court appreciates the defendants' desire to conserve its resources in the event summary judgment is granted, but extending the discovery indefinitely will impact the Court's pre-set trial calendar. Therefore, the Court cannot authorize the proposed stay of discovery. However, in accordance with Local Rule 26.1(d), the Court encourages cooperative discovery agreements. The parties are free to agree to complete depositions after the current discovery deadline, even though the Court will not extend the dispositive motion deadline, settlement conference, final pretrial conference or trial settings. Any such agreement should be in writing, if it is to be enforced by the Court.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 44)** is **DENIED**.

**DATED: October 20, 2009**            s/ Clifford J. Proud
                                       **CLIFFORD J. PROUD**
                                       **U. S. MAGISTRATE JUDGE**