UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD GILLEY,<br><br>   Plaintiff,<br><br> v.<br><br>LTMX ENTERPRISES, INC. f/k/a & d/b/a LINCOLN TRAIL MOTOSPORTS, INC., JEAN L. RAMSAY, WILLIAM G. RAMSAY and TIM L. JACKSON,<br><br>   Defendants. | Case No. 08-cv-688-JPG |

## MEMORANDUM AND ORDER

  This matter comes before the Court on the Stipulation of Dismissal (Doc. 57) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who remain in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that plaintiff Donald Gilley's claims in this case against defendants LTMX Enterprises, Inc. f/k/a & d/b/a Lincoln Trail Motosports, Inc. and Jean L. Ramsay, the only remaining claims in this action, are **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

 IT IS SO ORDERED.
DATED: January 8, 2010

               s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**