UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD GILLEY,<br><br>      Plaintiff,<br><br>    v.<br><br>LTMX ENTERPRISES, INC. f/k/a & d/b/a<br>LINCOLN TRAIL MOTOSPORTS, INC.,<br>JEAN L. RAMSAY, WILLIAM G.<br>RAMSAY and TIM L. JACKSON,<br><br>      Defendants. | Case No. 08-cv-688-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, the Court having rendered a decision as to some matters and the parties having stipulated to dismissal of others,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Donald Gilley's claims against defendants LTMX Enterprises, Inc. f/k/a & d/b/a Lincoln Trail Motosports, Inc. and Jean L. Ramsay are dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants William Ramsay and Tim Jackson and against plaintiff Donald Gilley.


**DATED: January 8, 2010**        NANCY J. ROSENSTENGEL, Clerk of Court

                                          By:s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**